| Attorney or Party without Attorney:<br>Mark J. Rice Esq<br>McNeil, Silveira, Rice, Wiley & West<br>55 Professional Center Parkway #A<br>San Rafael, CA 94903<br>Telephone No: 415-472-3434   FAX No: 415-472-1298<br>Markjrice@aol.com<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court |
| Plaintiff: United States Of America For The Use And Benfit Of Geo Grout, Inc., A California Corp |
| Defendant: Dick Morganti, A Joint Venture, et al. |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:08-CV-01222-JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION , COMPLAINT, CASE MANAGEMENT CONFERENCE ORDER, STANDING ORDER, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, CIVIL CASE SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER, NOTICE OF RULE DISCONINUING SERVICE BY MAIL, CONTENDS OF JOINT CASEMANAGEMENT STATEMENT, DROP BOX FILING PROCEDURES, NOTICE OF ASSIGNMENT OF CASE TO A US MAGISTRATE JUDGE FOR TRIAL, ECF REGISTRATION INFORMATION HANDOUT, EXHIBIT 1, EXHIBIT 2, EXHIBIT 3..

3. a. Party served:    National Union Fire Insurance Company of Pittsburgh, PA.
   b. Person served:  Becky De George - Authorized to Accept., White, Female, 47 Years Old, Blond Hair, 5 Feet 7 Inches, 170 Pounds.

4. Address where the party was served:    CSC - Lawyers Incorporating Service
   2730 Gateway Oaks Drive, Suite 100
   Sacramento, CA  95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 19, 2008 (2) at: 11:47AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Tanya  Thomas
   
   d. *The Fee for Service was:*   $80.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   2005-26
      (iii) County:              Sacramento

Superior Attorney SAS Services
P.O. Box 3321
Livermore, CA 94550
Tel: 925.455.4296
Fax: 925.455.4297

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Mar. 19, 2008

(Tanya Thomas)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

mjr.2644