1  MARK J. RICE (124934)
   MCNEIL, SILVEIRA, RICE & WILEY
2  55 Professional Center Parkway, Suite A
   San Rafael, CA 94903
3  Telephone:  (415) 472-3434
   Facsimile:   (415) 472-1298
4
5  Attorneys for Use-Plaintiff
   GEO GROUT, INC.
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA for The       )  CASE NO. 3:08-cv-01222-JCS
11 Use and Benefit of GEO GROUT, INC., a  )
   California Corporation,                 )  **NOTICE OF DISMISSAL OF**
12                                         )  **COMPLAINT WITH PREJUDICE UNDER**
                                           )  **FED. R. CIV. P. 41(a) (1) (1)**
13            Plaintiff,                   )
                                           )
14 v.                                      )
                                           )
15 DICK/MORGANTI,  A JOINT                 )
   VENTURE, also known as                  )
16 DICK/MORGANTI/NIBBI,  A JOINT           )
   VENTURE; AMERICAN CASUALTY              )
17 COMPANY OF READING, PA, a               )
   Pennsylvania Corporation; NATIONAL      )
18 UNION FIRE INSURANCE COMPANY            )
   OF PITTSBURGH, PA, a Pennsylvania       )
19 Corporation; and DOES 1 through 25,     )
   inclusive,                              )
20                                         )
                                           )
21            Defendants                   )
                                           )
22 _____       )
23 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:
24        PLEASE TAKE NOTICE Plaintiff, UNITED STATES OF AMERICA, FOR THE USE
25 AND BENEFIT OF GEO GROUT, INC., in the above-entitled action hereby dismisses, with
26 prejudice, its complaint filed against DICK/MORGANTI, A JOINT VENTURE, also known as
27 DICK/MORGANTI/NIBBI, A JOINT VENTURE; AMERICAN CASUALTY COMPANY OF
28

LAW OFFICES
OF
MCNEIL, SILVEIRA,
RICE & WILEY
AN ASSOCIATION INCLUDING
PROFESSIONAL CORPORATIONS

READING, PA, a Pennsylvania Corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation; and DOES 1 through 25, inclusive, filed on February 29, 2008.

The dismissal of the complaint is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

DATED:        May 16, 2008

McNEIL, SILVEIRA, RICE & WILEY

By _____
    MARK J. RICE

Attorneys for Plaintiff GEO GROUT, INC.

LAW OFFICES
OF
MCNEIL, SILVEIRA,
RICE & WILEY
AN ASSOCIATION INCLUDING
PROFESSIONAL CORPORATIONS